ROY L. NELSON, ESQ.
Nevada Bar No. 7842
KAJIOKA & ASSOCIATES
8530 West Charleston Blvd, Suite 100
Las Vegas, Nevada 89117
(702) 776-7676
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>COREY WYLIE BROWN,<br><br>Defendant. | Case No. 2:17-mj-678-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>*(Third Request)* |

### STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America; Roy Nelson, Esq., counsel for Defendant COREY WYLIE BROWN, that the preliminary hearing for the above-captioned matter, currently scheduled for October 2, 2017, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than thirty (30) days.

This stipulation is entered for the following reasons:

1. Counsel for Defendant needs additional time to review discovery. There is a large amount of discovery and the defense is seeking the aid of an investigator.

2. The parties require additional time to discuss the potential for a pre-Indictment negotiation.

3. The Defendant is not in custody and does not object to the continuance.

4. The parties need additional time to prepare in advance of any preliminary hearing, taking into account due diligence.

5. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

8. This is the third request for a continuance of the preliminary hearing herein.

DATED: September 29, 2017.

/s/CHRISTOPHER BURTON                          /s/ROY NELSON
CHRISTOPHER BURTON                             ROY NELSON, ESQ.
Assistant United States Attorney               Counsel for Defendant
Counsel for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:17-mj-678-CWH |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING PRELIMINARY HEARING |
| COREY WYLIE BROWN, ) | |
| Defendants. ) | |

### ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for October 2, 2017, at the hour of 4:00 p.m., be vacated and continued to November 6, 2017 at the hour of 4:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10/2/17