UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:17-mj-678-CWH |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING** |
| v. ) | **PRELIMINARY HEARING** |
| ) | |
| COREY WYLIE BROWN, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for December 11, 2017, at the hour of 4:00 p.m., be vacated and continued to January 19, 2018 at the hour of 4:00 p.m.

Dated: 12/08/2017

_____
UNITED STATES MAGISTRATE JUDGE

4