UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-678-CWH |
| Plaintiff, | ) ) ) | **ORDER CONTINUING PRELIMINARY HEARING** |
| v. | ) ) | |
| COREY WYLIE BROWN, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for January 19, 2018, at the hour of 4:00 p.m., be vacated and continued to February 23 , 2018 at the hour of 4:30 p.m.

Dated: January 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE