

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DAYLE ELIESON
Acting United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00089-RFB-VCF |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| COREY BROWN, | |
| Defendant. | |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, Acting United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case.

**DATED** this 10th day of May, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

COREY BROWN,

    Defendant.

Case No. 2:18-cr-00089-RFB-VCF

**ORDER TO UNSEAL CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this \_\_\_11th\_\_\_ day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE