RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Corey Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>COREY BROWN,<br><br>             Defendant. | Case No. 2:18-cr-00089-RFB-VCF<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Chris Burton, Assistant United States Attorney, counsel for the United States of America, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Corey Brown, that the Court modify his conditions of release.

The Stipulation is entered into for the following reasons:

1.      On July 7, 2017, the Court ordered Mr. Brown's release on a personal recognizance bond with certain conditions, including a travel restriction to the State of Nevada. ECF No. 5.

2.      Mr. Brown and his family want to take a family vacation to Hawaii to celebrate his brother's college graduation. The family plan to travel from June 16-22, 2020.

3. Counsel has spoken with Pretrial Services concerning this issue. Pretrial Services confirmed that Mr. Brown has been compliant with the terms of his release and takes no position on this issue.

4. The government has no objection to this requested modification so long as Mr. Brown provides Pretrial Services with his itinerary two weeks before his travel and he reports to Pretrial Services within 24 hours of his return and submits to a drug test.

This is the first stipulation to modify conditions of release filed herein.

DATED this 18th day of May, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Chris Burton*<br>CHRIS BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>COREY BROWN,<br><br>   Defendant. | Case No. 2:18-cr-00089-RFB-VCF<br><br>**<u>ORDER</u>** |

  IT IS THEREFORE ORDERED that Mr. Brown's condition of release be modified to allow for Mr. Brown to travel outside the State of Nevada to Hawaii.

  IT IS FURTHER ORDERED that Mr. Brown provide his travel itinerary, including flights and the location where he will be staying, at least two weeks prior to his travel.

  IT IS FURTHER ORDERED that Mr. Brown contacted Pretrial Services within 24 hours of his return from Hawaii and submit to a drug test upon his return.

  DATED this <u>19th</u> day of May, 2020.



              RICHARD F. BOULWARE, II
              UNITED STATES DISTRICT JUDGE