RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Corey Wylie Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>COREY WYLIE BROWN,<br><br>           Defendant. | Case No. 2:18-cr-089-RFB-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Corey Wylie Brown, that the Evidentiary Hearing currently scheduled on October 13, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      The parties need additional time to review the record and prepare for the continued evidentiary hearing.

2.      Further, both parties anticipate disclosing additional expert information/disclosures, which will require additional time to review and prepare.

3.      The government anticipates filing motion(s) with the court that need to be resolved prior to the continued evidentiary hearing.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request for continuance filed herein.

DATED this 5th day of October 2020.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

By */s/ Heidi A. Ojeda*
HEIDI A. OJEDA
Assistant Federal Public Defender

By */s/ Christopher Burton*
CHRISTOPHER BURTON
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-089-RFB-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| COREY WYLIE BROWN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on October 13, 2020 at the hour of 9:00 a.m., be vacated and continued to __December 1, 2020__ at the hour of _9_:_00_ _a_.m.

DATED this _6th_ day of October 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE