RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Corey Wylie Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-089-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING** (Second Request) |
| v. | |
| COREY WYLIE BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Corey Wylie Brown, that the Evidentiary Hearing currently scheduled on December 1, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Given the COVID-19 pandemic and the significant increase in cases in Southern Nevada, the Court advised the parties it will not hold in-person hearings for the next two months in an effort to slow the spread of COVID-19 within the community.

2.      Mr. Brown will not consent to conducting the continued hearing via video.

3.      The parties therefore request a continuance to allow for an in-person evidentiary hearing.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i), (iv) and 18 U.S.C. 3161(h)(1)(D).

This is the second request for continuance filed herein.

DATED this 17th day of November 2020.

RENE L. VALLADARES                    NICHOLAS A. TRUTANICH
Federal Public Defender                 United States Attorney


By /s/ Heidi A. Ojeda                      By /s/ Christopher Burton
HEIDI A. OJEDA                          CHRISTOPHER BURTON
Assistant Federal Public Defender       Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

COREY WYLIE BROWN,

                Defendant.

Case No. 2:18-cr-089-RFB-VCF

**ORDER**

     Based on the Stipulation of counsel and good cause appearing,

     IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on December 1, 2020 at the hour of 9:00 a.m., be vacated and continued to ___February 9, 2021___ at the hour of __9__:__00__ a.m.

     DATED this _19th_ day of November 2020.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE