RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Corey Wylie Brown

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-089-RFB-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING (Third Request).** |
| v. | **AND FIRST REQUEST TO EXTEND GOVERNMENT'S RESPONSE DEADLINE TO MOTION FOR RECONSIDERATION (ECF 132)** |
| COREY WYLIE BROWN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Corey Wylie Brown, that the Evidentiary Hearing currently scheduled on April 13, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days. Also, counselors request that the due date for the Government's Response to Motion for Reconsideration of Ruling Limiting Expert Testimony (ECF No. 132), currently due on April 7, 2021 be continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The government has extended an offer to Mr. Brown. The defense needs additional time to consider the offer and negotiate any possible settlement in this matter.

2.      Mr. Brown is not incarcerated and agrees to the continuance.

3.      The parties agree to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i), (iv) and 18 U.S.C. 3161(h)(1)(D).

This is the third request for continuance filed herein.

DATED this 7th day of April 2021.


RENE L. VALLADARES                          CHRISTOPHER CHIOU
Federal Public Defender                         Acting United States Attorney



By */s/ Heidi A. Ojeda*                              By */s/ Christopher Burton*
HEIDI A. OJEDA                                  CHRISTOPHER BURTON
Assistant Federal Public Defender               Assistant United States Attorney

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4

UNITED STATES OF AMERICA,

              Plaintiff,

5
6

     v.

7

COREY WYLIE BROWN,

8

              Defendant.

Case No. 2:18-cr-089-RFB-VCF

**ORDER**

9
10

     Based on the Stipulation of counsel and good cause appearing,

11

     IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on

12

April 13, 2021 at the hour of 9:00 a.m., be vacated and continued to  June 22, 2021  at

13

the hour of  9 : 00  a.m. And that the Government's deadline to file the Response to Motion

14

for Reconsideration of Ruling Limiting Expert Testimony (ECF No. 132), currently due on

15

April 7, 2021 is extended to  June 15 , 2021.

16

     DATED this  7th  day of April 2021.

17
18

                                _____

19

                           RICHARD F. BOULWARE, II
                           UNITED STATES DISTRICT JUDGE

20
21
22
23
24
25
26

3