RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Corey Wylie Brown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>COREY WYLIE BROWN,<br><br>           Defendant. | Case No. 2:18-cr-00089-RFB-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Corey Wylie Brown, that the Evidentiary Hearing currently scheduled on June 22, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.   The government has extended an offer to Mr. Brown. The defense needs additional time to consider the offer and negotiate any possible settlement in this matter.

2.   Mr. Brown is not incarcerated and agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i), (iv) and 18 U.S.C. 3161(h)(1)(D).

 This is the fourth request for continuance filed herein.

 DATED this 11th day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Christopher Burton*<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00089-RFB-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| COREY WYLIE BROWN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on June 22, 2021 at the hour of 9:00 a.m., be vacated and continued to August 24, 2021 at the hour of 9:00 a.m.

DATED this 14th day of June 2021.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3